UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NARLINE N. EWERS

                            Plaintiff,                  **ORDER**

            -against-                  **23-CV-9386 (JHR) (JW)**

MONTEFIORE MEDICAL CENTER,

                            Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of Defendant's request to adjourn the case management conference and stay discovery. Defendant's request to adjourn is denied. Defendant is directed to file proposed case management plan. To the extent Defendant is requesting a stay, we will discuss it at the initial case management conference. The Court will hear from both parties at the case management hearing on September 26th via telephone conference regarding issues of discovery.

The initial case management conference scheduled for September 26, 2025, at 10:30 AM will be held over the telephone. Please dial +1 914-292-4033 and enter 88549210#.

**The Clerk of Court is respectfully requested to close Dkt. No. 60 and 62.**

      SO ORDERED.

DATED:    New York, New York
                September 25, 2025

                                                              _Jennifer E. Willis_
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge