UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NARLINE N. EWERS,

                Plaintiff,

-against-

MONTEFIORE MEDICAL CENTER,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

**23-CV-9386 (JHR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 26, 2025, this Court held an initial case management conference via Teams. For the reasons stated on the record, the following rulings were made:

By agreement of the Parties, Defendant's request to stay discovery is **GRANTED.**

Plaintiff's brief in opposition to the motion to dismiss is due October 29, 2025. Defendant's reply brief is due November 19, 2025.

If Defendant's motion to dismiss is denied, the Parties are ordered to file a joint letter with proposed discovery deadlines no later than two weeks after this Court's denial of the motion to dismiss.

SO ORDERED.

DATED:    New York, New York
              October 21, 2025

_____
JENNIFER E. WILLIS
United States Magistrate Judge